# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

138000

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHARLES EDWARD TAYLOR,
     Defendant-Appellant.

SC: 138000
COA: 286184
Wayne CC: 03-011413-FC;
03-013048; 03-013047

_____/

     On order of the Court, the application for leave to appeal the November 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk

s0720